**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

2013 JUL -3 PM 2: 44

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALFRED DE LA HUERTA (1),<br><br>                Defendant. | CASE NO. **13CR1950-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

      21 USC 952, 960 - IMPORTATION OF METHAMPHETAMINE

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 28, 2013

                                              HONORABLE JANIS L. SAMMARTINO
                                              UNITED STATES DISTRICT JUDGE